# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ANTOINE C. THREATT, | : | PRISONER CIVIL RIGHTS |
| GDC # 984291, | : | 42 U.S.C. § 1983 |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:12-CV-0362-TWT-GGB |
| | : | |
| BAUER, SGT. BRICE SMITH, | : | |
|     Defendants. | : | |

## **FINAL REPORT AND RECOMMENDATION**

This case is before me because of Plaintiff's failure to keep the Court informed of his current address as required by Local Rule 41.2. The Clerk has been informed that Plaintiff is no longer incarcerated at the Georgia Diagnostic and Classification Prison. On May 22, 2012, I granted Plaintiff's request to proceed *in forma pauperis* and allowed Plaintiff's medical attention claim to proceed against Defendants. [Docs. 6 and 7]. I also directed Plaintiff to complete service forms and return them to the Clerk within 20 days. [*Id.*]. The Clerk mailed a copy of the orders to Plaintiff. However, the orders were returned to the Court on June 4, 2012, as undeliverable and marked "attempted not known" and "not deliverable as addressed." [Doc. 8]. Plaintiff has not notified the Court of his release or his whereabouts.[1]

---

[1] On March 13, 2012, Plaintiff submitted a change of address form, indicating that he also goes by the name "James M. Blackman" with an inmate number "1277407." [Doc. 4]. The Georgia Department of Corrections website does not have a record of either Antoine C. Threatt or James M. Blackman as a current inmate. *See* Georgia Department of Corrections, http://www.dcor.state.ga.us (last visited June 25,

Local Rule 41.2 provides that "the failure . . . of a party appearing pro se to keep the Clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal . . . ." Because Plaintiff has not notified the Court of a change in his address, **I RECOMMEND** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** under Local Rule 41.2.

The Clerk is **DIRECTED** to terminate the referral to me.

**IT IS SO RECOMMENDED**, this 25th day of June, 2012.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

---

2012).

AO 72A
(Rev.8/82)